**Order entered February 7, 2023**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00857-CR

**JOSEPH DANIEL ENRIQUEZ, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-82260-2021**

### ORDER

Before the Court is the February 3, 2023 third request of Court Reporter LaTresta Ginyard for an extension of time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record due **FEBRUARY 21, 2023**.

We **DIRECT** the Clerk to send copies of this order to LaTresta Ginyard, Court Reporter, and to counsel for all parties.

/s/    DENNISE GARCIA
       JUSTICE